# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

JOSEPH J. GETZEN III, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

LEAF HOME WATER SOLUTIONS, LLC,

    Defendant.

Case No. 25-cv-11382

Hon. Judge Jonathan J.C. Grey

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the stipulation of the parties and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS ORDERED** that this cause of action is **DISMISSED WITH PREJUDICE**, with each party to bear their own costs, expenses, and attorneys' fees.

    **SO ORDERED**.

Dated: November 21, 2025

                                         **s/Jonathan J.C. Grey**
                                         Honorable Jonathan J.C. Grey
                                         United States District Court Judge

## **Certificate of Service**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 21, 2025.

**s/ S. Osorio**
Sandra Osorio
Case Manager